Plaintiff's Name _Mr. Frank Johnson_

Prisoner No. _J75672_

Institution _California HealthCare_
_Facility-Stockton, Cell #D5A-_
_122_

FILED

AUG 26 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

_Frank Lee Johnson Jr._
*(Enter your full name)*

v.

~~Frank Lee Johnson Jr.~~
_Sanjay Agarwal, Docter et al_
_K. Petersen ADA cordinator_
_J. Kuykendall - Healthcare compliance Analys_
*(Enter the full name(s) of all defendants in this action)*

Case No. _____
3:24-cv-04437 TSH
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.
*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement _California HealthCare Facility._

**B.** Is there a grievance procedure in this institution? ☑ **YES**   ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☑ **YES**   ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: _Identifie a appeals have_
   _into informal memo There is no healthcare_
   _informal appeal._

2. First formal level: _I am not able to exhaust all appeals do to multiple_
   _appeals regarding Dr. Agarwal, and medical treatment. Time constraints_
   _as I have Filed 10+ Appeals for a relief, we ritten for help._

3. Second formal level: *There is no second level for Health Care appeals. I have attached Appeal log numbers due to Not enough space.*

4. Third formal level: *This is the Head quaters level for healthcare appeals, I have not been called by appeal representive for relief.*

**E.** Is the last level to which you appealed the highest level of appeal available to you?

☐ YES    ☒ NO

**F.** If you did not present your claim for review through the grievance procedure, explain why.

*I did but medical need Pray, the courts mercy, the Advance Stage of my disease seeking proper aid to an acknowledged chronic illness. Being denied.*

## II. Parties.

**A.** If there are additional plaintiffs besides you, write their name(s) and present address(es).

*I don't know there names, I'm in a hospital setting, I can't even understand there language and they me. They work at california Healthcare Facility.*

**B.** For each defendant, provide full name, official position and place of employment.

*I don't know there names and can't be sure to see them, I live in a hospital prison, Bed ridden. They move around those I know, there from other countries and I need urgent help. Please Except them As John and JaneDoe, for now.*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) *Deliberate indifference/Negligence, On 5.31-24 1st watch I was transported to california healthcare facility-Stockton due to my order of oxygen. I was taken through medical intake where all my DME's (Dual Medical Equipment) were accounted for acknowledged and approved for entry*

in this prison/medical facility. My chest was x-rayed, and blood was taken I spoke to medical personel of the reason of my presence here, and I gave them my medical diagnoses as established by Lung specialist omar, cardiologist Dr. Gill, & disease specialist. All of palm dale treatment center, 3 private practices, C.P Biroinaire Dr. Ha, Dr. Brown, Dr. Kys, Dr. Kay, Dr. Kitaj (sp?) (Note: I can't spell this Docters name, nor do I remember the disease specialist name.) Dr. Benin, (Note: I can't spell this Docters name, He works csp-lancaster C.T.C.) Chief medical officer of Lancaster Prison and Dr. Bao Wang. All these medical physicians were an intergal part of diagnosing my ailments, with the use of scientific data, and the issdences of Duel medical equipments. (DME's) This includes my Pullmonal ogist, and surgen Dr. Razo.

I then sighned forms giving me knowledge of rights, patient rights I never knew I had since entering prison. (California Department of corrections and rehabilitations.) In the year of August 1996.

Upon seeing PCP San Jay Agarwal, 3-times since I've been a patient/prisoner on D.5.A, cell #116, ~~contradicted~~ PCP Agarwal

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

1) Please court, acknowledge all medical diagnoses established by scientific data back in my medical file removing Dr. Dr. Argawal diagnoses with no scientific data. No test or exsams. All my treatment team to restablise my health... Chronic obstructional pulmonary Disease excasperated. 2) That all D-units not have to endure 1. Docter to Dictate with his/her opinion not medical facts proven by science.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  8.21.24
_____        _____
Date                                    Signature of Plaintiff



3.)       STATEMENT OF CLAIM                              contia.

without test, or any medical evaluation based and founded on scientific Data that would prove and/or show medical incompetence of any and all specialist and primary care physician of Lancaster state prison, — or Ironwood state prison.

PcP Agarwal, stated that, "I do not have copD, (chronic obstruction-al Disease. I have something like it, but it effect the body the same way". Primary care physician stated, "knowing I was transported from Ironwood state prison, OHU/Infirmary. By EMT due to my order of being on oxygen 24-hours a day. And prison transp-ortation had no Automobile to maintain this order safetly. so an EMT transported me, "That oxygen is bad for me, and I can be removed of it." I of course stipulated the treatment and diagnoses, PcP Argawal said, "I could go blind". Later PcP Argawal without me knowing and against my treatment order made my oxygen a PRN. (prisoners requested need) I tested PcP Argawals knowledge of my condition and asked, after I told him changing my orders changes the dynamics of my treatment. PcP Argawal, stated, "That Nurses will be there to help if I need them". so I tested PcP Argawal by asking, "can I get the surgery done on my hernias now since you changed the order?" PcP Agarwal said, "yes". ~~I also~~ I asked him, was he aware that the hernia surgen and my pullmonalogist stoped this surgery due to the condition of my lungs, and hernias being located above my navel, In the diaphram area and I wouldn't live through the procedure? PcP Agarwal was not aware of this, nor was he aware I had two hernias in that area per surgen Dr. Razo of Antelope Valley. PcP Agarwal insist I had one only. Later nurse ___ said, "the Docter changed the order that I did after approximately 2-weeks. (later) PcP Agarwal began manipulating my medications, say, "lasix is bad for me, and refuse to renew a long standing order zalfran   (sp?)   Nasea, and vomiting."

4)                          Statement Of Claim  cont.

PcP Agarwal refused the appointment that I had with me
pulmonary specialist who did a surgical procedure on my
lungs, and order Dme's that do not function appropriately.
Trilogy non-ivasive ventelator as mode AVAPS ventilator,
setting: rate of change 3 cm of water per minute, TV target 6-8 ml/kg,
max pressure 30 cm, minimum pressure support 4 cm, max EPAP
15 cm, auto back up, rinse time 2 ms, trigger type auto track.
I also been on oxygen concentrator before the specialist (Pulmonary)
got me the ventilator. My condition had gotten worser.
PcP Agarwal, refuse to follow through with PcP Dr. kay,
discovering my hemo globins has dropped to 12. And that
if they drop to 7 she will order a blood transfusion. Dr. kay
ordered me a colonoscopy to see if i'm bleeding inside, she
further order a 30-day order of Iron pills to bust my hemo
globins, afterwards to retest to see if there was a change.
Dr. kay also informed me that I have high chloresteral and
have become Animic. PcP Agarwal has not dealt with this
issue at all. However, after 30-days I informed the nurse to
discontinue it due to Dr. Kays order, later pcp Agarwal reordered
without my knowledge, I have not taken it to this due to Dr. Kays
order of 30-day then retest. PcP Agarwal did not issue the
constipation pills, so I ripped myself dureing bowel movements.
I submitted Healthcare Appeals to Exhaust administrative remedies
but it seems another issue arises, in addition ive requested my medical
records approximately 3-months ago and still nothing from medical records.
And while I wait for Appeals and 1824's and 7362's, and appointments with
pcp Agarwal, which mental health Dr. Gil wishes to be present at, And
useing DMe's that do not Function as they should. And the belief that
some nursing staff are up to something against me deepens, I see people
out the corners of my eyes or stealing looks at me, with Dr. Agarwal
planning to do me in somehow bad. Please except this claim anyway

5.)             STATEMENT OF CLAIM        Cont.

As I continue to appropriate the Appeals system. I went outside
on the patio to show the swelling of my feet, the bacterial
infection dark and light green in color for all to see on
camera. It is hard/difficult to get medical aid as well because
nursing staff use english as an other then first language and
there is communication problems. Case in point when a prisoners
eyeball was poping out, he tried to keep it inside while yelling,
"close my eye lid, hurry close my eye lid". The nurse that was giving
him the medication had to yell for "help" approximately 4-times. "His
eyeball is coming out" "Damn it come over here". custody was not
sure about summoning help by useing her button calling all
to help, she kept asking, "should I release my pin, should I?"
And released it only after another did,

          On all Facts mentioned in these allegations
   please be aware I am willing to take a like detecter
   test to prove MY truth, Also for others to do the same.
     The truth is better then anything, i'm not lying there are
   a few parts I put in qoutations that I may missed a word or
   two. Test me with an attorney to protect me.
   Further I'm bed ridden until R.N.'s, LVN's, or CNA's get me out
   of bed, or place me in bed. I can't sit to long as my tail
   bone is said to be in danger of coming through my skin.
        Please I also request to be appointed an attorney and
   P&P Agarwal removed from this post or me. As I truely believe
   this Docter is hurting me knowingly.
     Even as I write this an R.N. Just told me P&P Argawal has dictated that he speaks to
   me before my oxygen machine (Portable) is repaired or traded and this includes my Trilogy non-Iva-
   sive ventilader, waiting could kill me as I continue needing it's functions.
     Please be aware my Pulmanary surgen did a procedure on my lungs, I'm fighting
   a bacterial infection and under his care. I go outside so the camera can see me, the swelling,
   as well as the kind of Phlem, you shall also see how the oxygen machines disfonction.

                                                          End

6.)                STATEMENT OF FACT Contin.

On 8.14.24 I discovered I must explain facts that need to be said, so as to not cause confusement. Or to be thought I fabricated on somethings. I throw myself at the mercy of the court, and pray the court understands i'm not educated over 8th grade. And I under penalty of purjury and willing to take a lie detecter test, do not know how I passed Junior high. 7th grade I kinda know I was different I guess. 8th grade I don't know, I think I was passed on because of simply trying to get it right. Learning stuff, but that's it... trying.

"I have a chronic condition that will kill me, Advanced chronic obstuctive pulmonary disease with recurrent acute exacerbations, Post-inflammatory fibrosis of the lung due to covid, bronchiectasis.

My respritory symptons are well explained by his underlying lung condition...." I need a lung transplant per primary caregiver, Bao wang of Lancaster prison, A;B Medical. I have placed exhibit 29-A;B so the court won't think i'm lying. This Docter sanjay Agarwal knew I had this condition, as he most read my medical health record before he can help me. I beleive he ignored all this and began hurting me by forcing me to endure his manipulation of my medicine and oud medical eqoipment, I had constant chest pains and reported two of them. I was embarressed to report any pains unless I put them on sickcall slips so it will be an official record, I put exhibit 30-35 so the court would believe me. This docter not only refused to treat my disease he refused to acknowledge it. Even after a few days or a week he had his nurse tell me, or she told me I had just simple Chronic obstuctive pulmonary disease. He said he knows nothing ot a lung transplant I have to speak to someone else. His nurses watched me as I had to remove my oxygen several time knowing the danger, I tried to please some to gain Favor in there eye's. (Not for contriband) I started to believe some, thinking I am better then others my sickness was not sever. I was told to not clean my vomit, to prove I threw up to prove I had a need for zoferan to stop nasuea and vomiting. This medication was manipulated as well.

7.)         Statement of claim         contin.

I started saving my spit in a personal drinking cup to prove the bacteria infection In my lungs that turn my spit dark ink green. I took it on the patio so the camera could see what is going ~~on~~ on with me. Nurse notified doctor Agarwal of this and "he will come see me". He came and spoke to her and walked past my door.

I put Exhibit 30-35 in to show the court I did not fabricate, I enformed them how I was feeling and wanted to see a doctor, that my oxygen concentrater is not functioning appropriately, that my Trilogy Evo is not functioning even now it sounds with the alarm I can't trust it. Trilogy non-invasive ventilator as mode AVAPS ventilator, setting: rate of change 3 cm of water per. minute, TV target 6-8 ml/kg, max pressure 30cm, minimum pressure support 4cm, max EPAP 15 cm, autoback up, rinse time 2ms, trigger type auto track, I put Exhibit 29-C and 29-D, and 29-E. To show the court I'm being truthful. I ~~th~~ also have Exhibits 29-F which is the very ventilator proving it's unfunctioning, and Exhibit 29-G which is the Philips Respironics-simply go, oxygen machine which both keeps a record in them about it's functioning.

I placed Exhibits 36-42 to show ~~xxxxxxxxxx~~ I notified those outside the Hospital/prison and the agreement I signed acknowledging how I was to expect to be treated. This was broken I was taken advantage of due to my sicknesses, my Age, and I believe I requested compassion release.

This physican has the responsibility of caring for my health though two prisoners are dead, I don't know them personally.

But this doctor seems to have killed them with his methods of denying the medical aid one comes to this place, removal of oxygen and/or manipulation of our oxygen and medication. Two men in a 6-month time frame but less then that. And he and his staff are not investigated nor even a check on the conditions of them prior before this physican saw them. I refused a day without medicin or meals seeking to speak to his ~~supxor~~ bosses or chief

8.)        Statement of Claim    contin.

medical officers, It went unnoticed only mentioned
I refuse to have his medical methods of manipulating my medications
and medical devices. But I awake and have medication changes, he
has denied me access by cancelling my appointments with my surgen
pullmanary. My chest pains or lung pains are dealt with in house
regardless of time or day. I have had to feel my anus (ipped due to
constipation of Iron pills, and bleeding. I hide my Nebulizer medication
to use it when loss of breath of short of breath occur. That is
what they are for emergency use, not question evaluate then
determine. Dr. Agarwal and staff nursing, Jane and ~~John Doe~~ John Doe
knew of my acute exasberations this was simply ignored but
I do agree many knew nothing of this.

       However there is a language barrier that I submit as
Exhibit, Babel, ~~the~~ some nurses can not turn on the fan a simple
request of turning on a fan, or bringing me a box, or explaining
~~my symptom~~ a medical situation. My oxygen machine provided by DSA
is not functioning appropriately. I informed a nurse, and
she just looked and did not understand until I picked up
the machine trying to get to my cell or to a nurse who would
help. I'm constantly told to be independant and walk, regardless
of screws and wire in my body holding my palela together,
or the deformity of my feet swelled with Edema and no feeling
or tingling. I require ~~some~~ help getting on and off the toilet,
but when I need help it comes late or not. I'm forced
to try it and then told good job. Regardless of chest pain,
being tired, or angry. I've not given consent to bully me,
pretend to help me into bed by counting to three to
pull me up. But not do anything, as i'm doing the best I
can. They wanting more. Nurses, I spoke to the ADA counseler
and she only said; "this is a medical issue, you have to deal
with your docter". I ask the court please acknowledge these
things but most importantly this. "I am a permanantly

9.)    Statement of Claim    Contin.

wheelchair bound patient. complaining of being in a cell that is not equiped for me, and being abused by nurses who know I can't function as they do. And these nurses are not physical therapists. I've had to sleep on mattresses with no sheets. until an ADA-Aid for disabled prisoners told me this is not normal. I have made myself unclean and made to feel to nervous or afraid to be cleaned - I've had to use condoms for a catheter so small it riped my phallus skin and hairs. I feel so isolated I have no one to speak with. The mental health docter Gill came and informed me she wants to be present at my next Dr.'s appointment I agree. But this appointment never came. I did'nt ask for her or another docter to come see me. It was due to the healthcare Appeals I submit explaining how I have no faith in Docter Agarwal, he is hurting me and I believe trying to kill me. I have begun believing some nurses are talking about me in hush tones. They are with Agarwal in wanting my body parts or organs when I die. There are weeks when the only language heared that is understandable as they address me is the "Pride workers" This I offer the court as exhibit 2 9-H. Please send or come see unexpected or get the video audio. I have placed myself before the camera for you to see certain things. Like cup of spit, swollen Edema, face, nurses not going out there but wanting us to go there. I can't open a door, my feet stick straight out, I ensured myself trying to do it on my own. The none and/or disfunctioning oxygen machines I'm forced to use. At this moment I ask myself would I have sex for proper medical treatment, yes I would. Not with a guy though. I just found out Dr. Agarwal wants to see for himself if I have chronic pulmonary disease as is said,

10.) Statement of Claim contin.

~~whether the defendant express~~ Exhibt 29.A and 29.B.

So the question is all this time and torture, what was it for. I got here by EMT my diagnoses is stipulated are you hurting me, but now is he saying he was testing me to see if I lied, or if my prior special ist, primary care givers were incompetent, why are, and is he still doing this.

I beg the court for this last patient statement of claim. out of all the Exhibits of ~~appeal~~ 20-29 office of Appeal receipts, only one was heard and they... health care appeals have until approximately 1-month per level. There is two levels.

I am afraid I will be dead or suffering to much so I won't be up to filing this claim. May the court acknowledge that I died once from loss of breath in California state prison-Lancaster. It was fortunate that the High Risk Medical team was aiding me on a gurney and placing oxygen cannon on me. This happend inside A&B medical.

I awoke with oxygen continue forcing itself in my mouth seemed like it was choking me. It was there I came into the keeping of specialist with Lungs Docter omar, I already cardiologist DR. Gill as I was Diagnoses with congetional heart failure, before that day I often went to see him at his office foi this. And a disease docter.

It was then I learned alot but everything was not clear except that my Lungs were scarred with nodules growth, it was there I was on oxygen 24-hours a day, with Pulmonary visits regulary. The second surgery for my right leg that was postponed due to covid-19 outbreak of vascular docter stoped. But most important hernias and all surgeries halted because my hernias are in my diaphram area just above my navel. I wouldn't wake from the surgery per surgean and Pulmanologist.

# 11.)  Statement of claim. ~~~~~~

Primary case physician Agarwal, stated form I could have the surgery. This docter has fabricated that I did not have the diagnoses of Exhibit 29-B, he has allowed me to suffer with pain, fear, worry, paranoia, anxieties, chestpain, especially, loss of voice even now due to lung condition manipulation of medication that controls the Biolateral venous insufficency, leg edema, Lungs being filled with liquid. And I from 6·12·24 approximately when Docter Agarwal started manipulating my medicines and medical devices. There is no reason for a Docter to behave like this or some of his nurses, John and Jane Doe. And I to then want me to entrust anything he say, or trust his nurses, I don't and have refused to see him once, and refuse to allow them to so much as touch me I don't even take my vitals because I don't trust nothing done or said.

May the court, see that to trust any medical personel in this place would be foolish. I have asked Hazel of Rosen Bein and Galvan, to not let those people get away with murdering me, I have asked Audery Lim of Prison Law office to do the same, so I throw myself at the mercy of the court. please let this claim go through. If you do not have the power to do so please remove me to a place outside of california Department of Correction and rehabilitation, where I will get proper chronic medical treatment even federal holding would be better I think, and protect the other men here since I've been here two men are dead, two are moved to another hospital 'like place, one eye ball poped out and the language barrior hindered swift aid. And a custody officer wasint sure to push her emergency or panick button. And the tower is just observation. Not all nurses are bad I remind you just look at the video and see.

If the court please I believe I have shown good faith that I have and did everything within in trying to get urgent care, please no one else has your power except this claim, my life is in danger and health.
On approximatly 8·12·24 Dr, Agarwal Noted not to trade, orfunction using medical devices Per, R.N. Pols.

12.)

## Statement of Claim                    ended

In further discovery primary care give physician
Sanjay Agarwal, has discontinued and/or allowed, my lasix
to be given. This pill of 40mg I have taken since 2018. And
the purpose of it is to make me urinat the water that
gets trapped in my legs, lungs, chest. Its a very strong
water pill for very severe cases of Bilateral venous
insufficency leg edema. The only time this medication
was tampered with, it was because liquid so filled my
lungs, and legs swimming as oxygen levels droped in the 80's. And
the lasix had to be raised to 70mg at the time to stabbilize
me, this effected the heart so bad I could have died.
Dr. Agarwal is going unchecked by any administration
and nursing staff, I filed another 7362 sick call form for
this to be addressed. But it will be Dr. Agarwal to address it,
I suffered chest pains and was finally given one Nitrglycerin
tablet, I was not seen by an E.R., Simms Docter, just the Dr. of this
day and an SRN. How can I get relief when everything I filed
is not considered urgent and I must wait at least one month
just to be talked by an employee who listens and writes down
what I say, and report to another? I beg the Court please
consider the chronic illnesses and how the medical devices for them
are not functioning, and Dr. Agarwal leaving a note to note will
trade them in until he speaks to me, Lasix 40mg has been fully
taken by Dr. Agarwal without me even knowing, that the use of my
C-pap machine is useless due to Dr. Agarwal stoping trade in's.
my chest pains are reaccurring, this Docter is trying to and will kill me. The
pain in my tail bone coming through the skin is painful not treated just
stay off of it the wheelchair. I am not safe, what relief can be found?
No one talks to the Docter or advocate for me, I can have
filed: several appeals, 1824's, sickcall forms, wrote the ombudsman, wrote to outside
people. Nothing is being done to look into this. Most important No matter what
I am being kept from Emergency (Simms) chest pains are treated in my cell.

# Relief  conti.

3.) An investigation into the deaths that occured when Dr. Sanjay Agarwal ~~was~~ was primary care physican. In D5A unit. Here at california Healthcare facility.

4.) American English translaters in D5A unit.

5.) Return me to my prior treatment plan, established by specialist pulmonary and cardiovascular, and vescular for veins. And former primary care physicians.

6.) As I speak i'm having chest pains. Please get me to a pulmonary, voescular, and cardiovascular docter to help me get back stable. Dr. Agarwal, and/or medical staff treat me here in D5A unit only. But the pains keep coming even as I complain.

7.) Investigate D5A For men who fit the criteria for compassion release. Or better medical facilities

8.) Any other relief the courts gives finacially

9.) For courts now and forever take into factor that prisoners ongoing medical health that is chronic, does ~~deteriorate~~ diteriorate. Those that ~~damosnimmm semi~~ Those WHO DO' File to the point filings of healthcare appeals up to the minute, due to the continuel harm being caused. Along with 1824's reasonable Accomodations, along with 7362' medical sick calls and/or healthcare reminders, also request speaking to ADA ~~or~~ counselers, and counselers of custody issues, who do file for medical records and don't get them and it's been over 2-months and submiting another. And who is bedridden with out help even getting up-down or even shower -ing ~~or~~ or to the toilet. Is doing all in thier power without Administrational help. And allows himself videoed to show the outter inflictions of medical disregard in a camera owned by ~~on~~ the prison. Should please

P. 2.

## Relief ~~continue~~ END

except the mercy being thrown at the court to help them. ~~thanks~~ His mind is ripped he's scared he doesn't know whats going to happen next, these people have absolute authority. He was barely able to refuse a body cavity search, when they put gloves on and search your anus for bleeding. But you just had a colonoscopy. There not teenagers any more but old 53yr. old men who can't walk, on oxygen, his legs stick out infront with no bend because of screws in the shattered patela and edema, and sore kidenys.

10.) Do not leave the nurses, or free staff who help jobless, get them better jobs or help them. It takes alot to know or take a stand when the docters is wrong. (Note: When the Nurses came, n and said the docter said take my Nebulizer rescue breathing treatments, I was to call them and they will come, check my vitals and see if I need them.) An albuteral inhaler works if I use it 10 time or more, then in a short while I loss-breath and lose controle of my urine. The Nebulizer was given because the problem is not my asthma but the scarred lungs, the chronic obstructional pulmonary Disease.

11.) A New personal wheelchair of my choice, not to exceed $10,000 And fits in with Prison Security.

12.) New personal hinged knee braces, not to exceed $10,000. Not to Violate Prison security

13.) All New personal Medical devices not to exceed $10,000 ~~each~~ each, & not to violate prison security.

14.) Meals that is Full Adult size for family visit with my wife. Breakfast lunch, dinner. with dessert cooked by her. For ~~~~ 2-weeks (14) days ~~~~ with dress, toiletrees

15.) PAY All ATTORNEY Fees. (16) whatever else court see fit. ~~~~

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** JOHNSON, FRANK LEE     **Current Date:** 05/22/24 02:09:51

**DOB:** 04/28/71     **CDCR:** J75672

**Reason For Visit:** 1:Nodule of right lung; 2:Edema of lower extremity; 3:COPD - Chronic obstructive pulmonary disease; 4:Asthma; 5:Seizure disorder; 6:Sleep apnea; 7:GERD (gastroesophageal reflux disease); 8:POLST (Physician Orders for Life-Sustaining Treatment); Chest pain; Iron deficiency; Low back pain

**Recommendations and arrangements for future care**

**Medically Indicated Diets: Diet Inpatient/Outpatient Regular Heart Healthy** 05/14/24 13:03:00 PDT, Constant Indicator

**Diet Inpatient/Outpatient Regular Heart Healthy** 04/18/24 21:19:00 PDT, Constant Indicator

**Devices/Equipment:**

**Braces, Knee Permanent** Hinged Composite Knee Brace, Do Not Dispense, Patient Already Has

**Compression Stocking Permanent** Knee High, >20 mm Hg, Do Not Dispense, Patient Already Has

**Compression Stocking Permanent** Thigh High, 30-55 mm Hg, Do Not Dispense, Patient Already Has

**Disability Vest Permanent** 05/14/24 19:48:00 PDT, Mobility Disability Vest, Do Not Dispense, Patient Already Has

**Disability Vest Permanent** 05/14/24 19:48:00 PDT, Mobility Disability Vest, Do Not Dispense, Patient Already Has

**Eyeglass Frames Permanent** Other/Unknown, Do Not Dispense, Patient Already Has

**Frames, Eyeglasses Permanent** Other/Unknown, Do Not Dispense, Patient Already Has

**Incontinence Supplies Permanent** Cleaning Wipes, Do Not Dispense, Patient Already Has

**Incontinence Supplies Permanent** Disposable Diapers | Cleaning Wipes, Do Not Dispense, Patient Already Has

exhibit 1.

**Knee Braces Permanent** Hinged Composite Knee Brace, Do Not Dispense, Patient Already Has

**Oxygen Concentrators Permanent** Bedside, Do Not Dispense, Patient Already Has

**Oxygen Concentrators Permanent** Portable, Do Not Dispense, Patient Already Has

**Oxygen Concentrators Permanent** Bedside, Do Not Dispense, Patient Already Has

**Oxygen Concentrators Permanent** Portable, Do Not Dispense, Patient Already Has

**Stocking, Compression Permanent** Thigh High, 30-55 mm Hg, Do Not Dispense, Patient Already Has

**Therapeutic Shoes/Orthotics Permanent** NA, Do Not Dispense, Patient Already Has

**Therapeutic Shoes/Orthotics Permanent** NA, Do Not Dispense, Patient Already Has

**Truss Hernia Support Permanent** Abdominal Truss, Do Not Dispense, Patient Already Has

**Truss Hernia Support Permanent** Abdominal Truss, Do Not Dispense, Patient Already Has

**Wheelchair Permanent** Standard Hemi-Wheelchair, Do Not Dispense, Patient Already Has

**Wheelchair Permanent** Standard Hemi-Wheelchair, Do Not Dispense, Patient Already Has

Provider Comment:

JOHNSON, FRANK LEE has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**Consult to Registered Dietitian** 05/14/24 0:01:00 PDT

**Follow Up LVN 10** 05/15/24 0:01:00 PDT, Injection/Immunization, 14 days, 05/29/24 23:59:00 PDT, Offer/Give Tdap, PCV20

Exhibit 2

**Chronos**

exhibit 3.

**Patient education materials**

# Nonspecific Chest Pain

Chest pain can be caused by many different conditions. Some causes of chest pain can be life-threatening. These will require treatment right away. Serious causes of chest pain include:

* Heart attack.
* A tear in the body's main blood vessel.
* Redness and swelling (inflammation) around your heart.
* Blood clot in your lungs.

Other causes of chest pain may not be so serious. These include:

* Heartburn.
* Anxiety or stress.
* Damage to bones or muscles in your chest.
* Lung infections.

Chest pain can feel like:

* Pain or discomfort in your chest.
* Crushing, pressure, aching, or squeezing pain.
* Burning or tingling.
* Dull or sharp pain that is worse when you move, cough, or take a deep breath.
* Pain or discomfort that is also felt in your back, neck, jaw, shoulder, or arm, or pain that spreads to any of these areas.

It is hard to know whether your pain is caused by something that is serious or something that is not so serious. So it is important to see your doctor right away if you have chest pain.

## Follow these instructions at home:

### Medicines

* Take over-the-counter and prescription medicines only as told by your doctor.
* If you were prescribed an antibiotic medicine, take it as told by your doctor. **Do not** stop taking the antibiotic even if you start to feel better.

### Lifestyle

*Exhibit 4.*



- Rest as told by your doctor.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. If you need help quitting, ask your doctor.
- **Do not** drink alcohol.
- Make lifestyle changes as told by your doctor. These may include:
  ◦ Getting regular exercise. Ask your doctor what activities are safe for you.
  ◦ Eating a heart-healthy diet. A diet and nutrition specialist (dietitian) can help you to learn healthy eating options.
  ◦ Staying at a healthy weight.
  ◦ Treating diabetes or high blood pressure, if needed.
  ◦ Lowering your stress. Activities such as yoga and relaxation techniques can help.

**General instructions**

- Pay attention to any changes in your symptoms. Tell your doctor about them or any new symptoms.
- Avoid any activities that cause chest pain.
- Keep all follow-up visits as told by your doctor. This is important. You may need more testing if your chest pain does not go away.

## Contact a doctor if:

- Your chest pain does not go away.
- You feel depressed.
- You have a fever.

## Get help right away if:

- Your chest pain is worse.
- You have a cough that gets worse, or you cough up blood.
- You have very bad (severe) pain in your belly (abdomen).
- You pass out (faint).
- You have either of these for no clear reason:
  ◦ Sudden chest discomfort.
  ◦ Sudden discomfort in your arms, back, neck, or jaw.
- You have shortness of breath at any time.
- You suddenly start to sweat, or your skin gets clammy.
- You feel sick to your stomach (nauseous).
- You throw up (vomit).
- You suddenly feel lightheaded or dizzy.

Exhibit 5.

- You feel very weak or tired.
- Your heart starts to beat fast, or it feels like it is skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Chest pain can be caused by many different conditions. The cause may be serious and need treatment right away. If you have chest pain, see your doctor right away.
- Follow your doctor's instructions for taking medicines and making lifestyle changes.
- Keep all follow-up visits as told by your doctor. This includes visits for any further testing if your chest pain does not go away.
- Be sure to know the signs that show that your condition has become worse. Get help right away if you have these symptoms.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 11/02/2023 Document Review ed: 11/02/2023
Elsevier Patient Education © 2024 Elsevier Inc.

Last Name JOHNSON    First Name FRANK    CDCR (Encounter Alias) J75672
05/22/2024 02:09:52    6 of 9

exhibit b.

**Name:** JOHNSON, FRANK LEE

**CDCR:** J75672

## NO INMATE HEAT PASS

The patient is currently not prescribed any heat medication.

*Exhibit 7.*

**DOB:** 04/28/71

**CDCR:** J75672

exhibit 8,

*Comments:* Use 2 sprays nasally daily as needed for nasal congestion Request Refills

JOHNSON, FRANK LEE has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Symptomatic)** 06/06/18 9:30:00 PDT, 1 business day, 137.252.9.67.2018060205174812496DE8E73#1.00, 06/06/18 23:59:00 PDT, REQUESTING NEBULIZER TREATMENTS, ARM IN PAIN

**Medical Chronic Care (CCP) Follow Up 40** 05/01/18 0:01:00 PDT, *90 days (HIV, anticoagulation patients), 08/01/18 23:59:00 PDT, CCP Visit

**Medical Episodic Care Follow Up 40** 05/21/18 0:01:00 PDT, 30 days, 06/20/18 23:59:00 PDT, OTM cardiology F/U, eval for OHU per Dr. Ramos

**Chronos**

**128-D Dental Priority Classification** 12/08/17 10:54:00 PST, DPC 3

**128-D Dental Priority Classification** 02/20/18 10:41:00 PST, DPC 5

**1845/7410** 10/21/17 8:40:00 PDT

**1845/7410** 03/30/18 12:12:00 PDT

**1845/7410 (SOMS)** 10/21/17 8:41:15 PDT, DPO, P, 7410 Expire Date 12/31/9999, GFNS, LBO, WCLT, TVWL, WRN

**1845/7410 (SOMS)** 03/30/18 12:14:49 PDT, DPW, P, 7410 Expire Date 12/31/9999, BFWCO, GFNS, LBO, IAA, WCFT, TVWL. WRN

**DPW=** Full Time Wheelchair User Impacting Placement Placement

**DPM=**Mobility Impairment Impacting Placement Placement

**DPH=**Deaf/Hearing Impairment Impacting Placement

**DPO=** Intermittent Wheelchair User Impacting

**DLT=**Requires Level Terrain NOT Impacting

**DNH=**Hearing Impairment NOT Impacting

exhibit 9.

Placement

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease

**UNST**=Unrestricted

**LR**=Lifting Restriction- Unable to Lift more than 19 Pounds

**DNM**= Mobility Impairment (Lower Extremities) NOT Impacting Placement

exhibit 10.

**Trust Withdrawal/Copay Orders:** 7362 Co-pay 01/11/18 11:28:00 PST, , 1 business day, Out of Compliance 7362, 12/12/17 23:59:00 PST, Out of Compliance, Nursing, 01/11/18 11:28:00 PST

**DME Trust Withdrawal** 01/12/18 11:53:00 PST, 0, Medical, 01/12/18 11:53:00 PST, anti emboli stockings

**Trust Withdrawal DME** 12/01/17 11:30:00 PST, Nursing, 12/01/17 11:30:00 PST

**Trust Withdrawal DME** 12/01/17 11:34:00 PST, 5.93, Nursing, 12/01/17 11:34:00 PST, size xxl

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Start Taking These Medications:
**aspirin**
- *For Chronic CHF:* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: May 24, 2018
- Take for: 180 day(s)

*Comments: Take 1 tablet by mouth daily*

### Continue taking these Medications:
**bumetanide**
- *For Peripheral edema:* Take 2 tab (Total Dose = 2 mg), by mouth once a day from a nurse
- Start Date: March 31, 2018
- Take for: 180 day(s)

*Comments: It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medication. It may be advisable to drink a full glass orange juice or eat a banana daily while taking this medication.*

**chlorproMAZINE 50 mg Tab (Thorazine)**
- *For Schizophrenia:* Take 3 tab (Total Dose = 150 mg), by mouth every evening from a nurse
- Start Date: January 22, 2018
- Take for: 180 day(s)

*Comments: Heat Risk Medication.*

**hydroCHLOROthiazide**
- *For Peripheral edema:* Take 1 tab (Total Dose = 25 mg), by mouth once a day on your own
- Start Date: May 04, 2018
- Take for: 360 day(s)

*Comments: Take 1 tablet by mouth daily for 90 days*

**albuterol-ipratropium 2.5 mg-0.5 mg/3 mL Sol (ipratropium-albuterol 0.5 mg-2.5 mg/3 mLinhalation solution)**
- *For Asthma:* Take 3 mL, inhale by nebulizer 4 times a day from a nurse as needed for shortness of breath or wheezing

exhibit 11

- Start Date: March 31, 2018
- Take for: 180 day(s)

*Comments: on call for acute episodes of sob*

**levalbuterol 45 mcg/1 puff Aerosol 15 gm (XOPENEX HFA 45 MCG INHALER)**
   Take 2 puff (Total Dose = 90 mcg), by mouth every 6 hours on your own as needed for shortness of breath
- Start Date: October 31, 2017
- Stop taking on: August 21, 2018

*Comments: ASTHMA RESCUE INHALER-NOT FOR DAILY USE. IF ASTHMA FLARES USE 2 PUFFS BY MOUTH EVERY SIX HOURS AS NEEDED. TALK TO YOUR DOCTOR IF USING MORE THAN TWICE WEEKLY. THIS INHALER SHOULD LAST AT LEAST 90 DAYS.*
*1 for 1 exchange Request Refill Dispense # 15 gm*

**lisinopril**
- *For Chronic CHF:* Take 1 tab (Total Dose = 10 mg), by mouth once a day on your own
- Start Date: January 19, 2018
- Take for: 180 day(s)

*Comments: Take 1 tablet by mouth daily*

**metoprolol tartrate 25 mg Tab (metoprolol tartrate)**
- *For Chronic CHF,Edema, peripheral:* Take 1 tab (Total Dose = 25 mg), by mouth twice a day on your own
- Start Date: January 19, 2018
- Take for: 180 day(s)

*Comments: Take 1 tablet by mouth in the morning and in the evening best taken with meal*

**formoterol-mometasone 5-100 mcg/inh Aerosol 120 Puffs (Dulera 100 mcg-5 mcg/inh inhalation aerosol)**
- *For Asthma:* Take 2 puff, by mouth twice a day on your own
- Start Date: March 31, 2018
- Take for: 180 day(s)

*Comments: For ASTHMA/COPD maintenance. Should last 30 days. Rinse mouth with water after use without swallowing.*

**phenytoin 100 mg Cap-ER (phenytoin 100 mg , extended release)**
- *For Seizure:* Take 4 cap (Total Dose = 400 mg), by mouth every evening on your own
- Start Date: February 26, 2018
- Take for: 360 day(s)

*Comments: Do not take this drug if you are pregnant. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Do not drink alcoholic beverages when taking this medication. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.*

**spironolactone 25 mg Tab (Aldactone)**
- *For Chronic CHF:* Take 1 tab (Total Dose = 25 mg), by mouth twice a day on your own
- Start Date: January 19, 2018
- Take for: 180 day(s)

*Comments: Take 1 tablet by mouth 2 times a day*

## Stop Taking These Medications:
**aspirin**
- *For Chronic CHF:* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: May 23, 2018
- Take for: 180 day(s)

*Comments: Take 1 tablet by mouth daily*

## Completed Medications:
**sodium chloride 0.65% Spray-Nasal 44mL (Deep Sea Nasal 0.65% nasal spray)**
- *For Nasal congestion:* Take 2 spray, Nasal once a day on your own as needed for nasal congestion
- Start Date: March 31, 2018
- Take for: 60 day(s)

Exhibit 12.

Patient education materials

# Heart Failure

Heart failure is a condition in which the heart has trouble pumping blood. This means your heart does not pump blood efficiently for your body to work well. In some cases of heart failure, fluid may back up into your lungs or you may have swelling (*edema*) in your lower legs. Heart failure is usually a long-term (*chronic*) condition. It is important for you to take good care of yourself and follow your health care provider's treatment plan.



## CAUSES

Some health conditions can cause heart failure. Those health conditions include:

- High blood pressure (*hypertension*). Hypertension causes the heart muscle to work harder than normal. When pressure in the blood vessels is high, the heart needs to pump (*contract*) with more force in order to circulate blood throughout the body. High blood pressure eventually causes the heart to become stiff and weak.
- Coronary artery disease (CAD). CAD is the buildup of cholesterol and fat (*plaque*) in the arteries of the heart. The blockage in the arteries deprives the heart muscle of oxygen and blood. This can cause chest pain and may lead to a heart attack. High blood pressure can also contribute to CAD.
- Heart attack (*myocardial infarction*). A heart attack occurs when one or more arteries in the heart become blocked. The loss of oxygen damages the muscle tissue of the heart. When this happens, part of the heart muscle dies. The injured tissue does not contract as well and weakens the heart's ability to pump blood.
- Abnormal heart valves. When the heart valves do not open and close properly, it can cause heart failure. This makes the heart muscle pump harder to keep the blood flowing.
- Heart muscle disease (*cardiomyopathy* or *myocarditis*). Heart muscle disease is damage to the heart muscle from a variety of causes. These can include drug or alcohol abuse, infections, or unknown reasons. These can increase the risk of heart failure.
- Lung disease. Lung disease makes the heart work harder because the lungs do not work properly. This can cause a strain on the heart, leading it to fail.
- Diabetes. Diabetes increases the risk of heart failure. High blood sugar contributes to high fat (*lipid*) levels in the blood. Diabetes can also cause slow damage to tiny blood vessels that carry

Exhibit 13.

important nutrients to the heart muscle. When the heart does not get enough oxygen and food, it can cause the heart to become weak and stiff. This leads to a heart that does not contract efficiently.
- Other conditions can contribute to heart failure. These include abnormal heart rhythms, thyroid problems, and low blood counts (*anemia*).

Certain unhealthy behaviors can increase the risk of heart failure, including:

- Being overweight.
- Smoking or chewing tobacco.
- Eating foods high in fat and cholesterol.
- Abusing illicit drugs or alcohol.
- Lacking physical activity.

## SYMPTOMS
Heart failure symptoms may vary and can be hard to detect. Symptoms may include:

- Shortness of breath with activity, such as climbing stairs.
- Persistent cough.
- Swelling of the feet, ankles, legs, or abdomen.
- Unexplained weight gain.
- Difficulty breathing when lying flat (*orthopnea*).
- Waking from sleep because of the need to sit up and get more air.
- Rapid heartbeat.
- Fatigue and loss of energy.
- Feeling light-headed, dizzy, or close to fainting.
- Loss of appetite.
- Nausea.
- Increased urination during the night (*nocturia*).

## DIAGNOSIS
A diagnosis of heart failure is based on your history, symptoms, physical examination, and diagnostic tests. Diagnostic tests for heart failure may include:

- Echocardiography.
- Electrocardiography.
- Chest X-ray.
- Blood tests.
- Exercise stress test.
- Cardiac angiography.
- Radionuclide scans.

## TREATMENT
Treatment is aimed at managing the symptoms of heart failure. Medicines, behavioral changes, or surgical intervention may be necessary to treat heart failure.

- Medicines to help treat heart failure may include:

Exhibit 14.

- Angiotensin-converting enzyme (ACE) inhibitors. This type of medicine blocks the effects of a blood protein called angiotensin-converting enzyme. ACE inhibitors relax (*dilate*) the blood vessels and help lower blood pressure.
- Angiotensin receptor blockers (ARBs). This type of medicine blocks the actions of a blood protein called angiotensin. Angiotensin receptor blockers dilate the blood vessels and help lower blood pressure.
- Water pills (*diuretics*). Diuretics cause the kidneys to remove salt and water from the blood. The extra fluid is removed through urination. This loss of extra fluid lowers the volume of blood the heart pumps.
- Beta blockers. These prevent the heart from beating too fast and improve heart muscle strength.
- Digitalis. This increases the force of the heartbeat.
- Healthy behavior changes include:
  - Obtaining and maintaining a healthy weight.
  - Stopping smoking or chewing tobacco.
  - Eating heart-healthy foods.
  - Limiting or avoiding alcohol.
  - Stopping illicit drug use.
  - Physical activity as directed by your health care provider.
- Surgical treatment for heart failure may include:
  - A procedure to open blocked arteries, repair damaged heart valves, or remove damaged heart muscle tissue.
  - A pacemaker to improve heart muscle function and control certain abnormal heart rhythms.
  - An internal cardioverter defibrillator to treat certain serious abnormal heart rhythms.
  - A left ventricular assist device (LVAD) to assist the pumping ability of the heart.

## HOME CARE INSTRUCTIONS

- Take medicines only as directed by your health care provider. Medicines are important in reducing the workload of your heart, slowing the progression of heart failure, and improving your symptoms.
  - **Do not** stop taking your medicine unless directed by your health care provider.
  - **Do not** skip any dose of medicine.
  - Refill your prescriptions before you run out of medicine. Your medicines are needed every day.
- Engage in moderate physical activity if directed by your health care provider. Moderate physical activity can benefit some people. The elderly and people with severe heart failure should consult with a health care provider for physical activity recommendations.
- Eat heart-healthy foods. Food choices should be free of *trans* fat and low in saturated fat, cholesterol, and salt (*sodium*). Healthy choices include fresh or frozen fruits and vegetables, fish, lean meats, legumes, fat-free or low-fat dairy products, and whole grain or high fiber foods. Talk to a dietitian to learn more about heart-healthy foods.
- Limit sodium if directed by your health care provider. Sodium restriction may reduce symptoms of heart failure in some people. Talk to a dietitian to learn more about heart-healthy seasonings.
- Use healthy cooking methods. Healthy cooking methods include roasting, grilling, broiling, baking, poaching, steaming, or stir-frying. Talk to a dietitian to learn more about healthy cooking methods.

Exhibit 15.

- Limit fluids if directed by your health care provider. Fluid restriction may reduce symptoms of heart failure in some people.
- Weigh yourself every day. Daily weights are important in the early recognition of excess fluid. You should weigh yourself every morning after you urinate and before you eat breakfast. Wear the same amount of clothing each time you weigh yourself. Record your daily weight. Provide your health care provider with your weight record.
- Monitor and record your blood pressure if directed by your health care provider.
- Check your pulse if directed by your health care provider.
- Lose weight if directed by your health care provider. Weight loss may reduce symptoms of heart failure in some people.
- Stop smoking or chewing tobacco. Nicotine makes your heart work harder by causing your blood vessels to constrict. **Do not** use nicotine gum or patches before talking to your health care provider.
- Keep all follow-up visits as directed by your health care provider. This is important.
- Limit alcohol intake to no more than 1 drink per day for nonpregnant women and 2 drinks per day for men. One drink equals 12 ounces of beer, 5 ounces of wine, or 1½ ounces of hard liquor. Drinking more than that is harmful to your heart. Tell your health care provider if you drink alcohol several times a week. Talk with your health care provider about whether alcohol is safe for you. If your heart has already been damaged by alcohol or you have severe heart failure, drinking alcohol should be stopped completely.
- Stop illicit drug use.
- Stay up-to-date with immunizations. It is especially important to prevent respiratory infections through current pneumococcal and influenza immunizations.
- Manage other health conditions such as hypertension, diabetes, thyroid disease, or abnormal heart rhythms as directed by your health care provider.
- Learn to manage stress.
- Plan rest periods when fatigued.
- Learn strategies to manage high temperatures. If the weather is extremely hot:
  - Avoid vigorous physical activity.
  - Use air conditioning or fans or seek a cooler location.
  - Avoid caffeine and alcohol.
  - Wear loose-fitting, lightweight, and light-colored clothing.
- Learn strategies to manage cold temperatures. If the weather is extremely cold:
  - Avoid vigorous physical activity.
  - Layer clothes.
  - Wear mittens or gloves, a hat, and a scarf when going outside.
  - Avoid alcohol.
- Obtain ongoing education and support as needed.
- Participate in or seek rehabilitation as needed to maintain or improve independence and quality of life.

## SEEK MEDICAL CARE IF:

- You have a rapid weight gain.
- You have increasing shortness of breath that is unusual for you.
- You are unable to participate in your usual physical activities.
- You tire easily.
- You cough more than normal, especially with physical activity.

exhibit 16-

- You have any or more swelling in areas such as your hands, feet, ankles, or abdomen.
- You are unable to sleep because it is hard to breathe.
- You feel like your heart is beating fast (*palpitations*).
- You become dizzy or light-headed upon standing up.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You have difficulty breathing.
- There is a change in mental status such as decreased alertness or difficulty with concentration.
- You have a pain or discomfort in your chest.
- You have an episode of fainting (*syncope*).

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 05/03/2016 Document Reviewed: 01/17/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Peripheral Edema

Peripheral edema is swelling that is caused by a buildup of fluid. Peripheral edema most often affects the lower legs, ankles, and feet. It can also develop in the arms, hands, and face. The area of the body that has peripheral edema will look swollen. It may also feel heavy or warm. Your clothes may start to feel tight. Pressing on the area may make a temporary dent in your skin. You may not be able to move your arm or leg as much as usual.

© SEIF & ASSOCIATES, INC.



Normal foot and ankle    Mild edema    Moderate to severe edema

exhibit 17

There are many causes of peripheral edema. It can be a complication of other diseases, such as congestive heart failure, kidney disease, or a problem with your blood circulation. It also can be a side effect of certain medicines. It often happens to women during pregnancy. Sometimes, the cause is not known. Treating the underlying condition is often the only treatment for peripheral edema.

## HOME CARE INSTRUCTIONS
Pay attention to any changes in your symptoms. Take these actions to help with your discomfort:

* Raise (*elevate*) your legs while you are sitting or lying down.
* Move around often to prevent stiffness and to lessen swelling. **Do not** sit or stand for long periods of time.
* Wear support stockings as told by your health care provider.
* Follow instructions from your health care provider about limiting salt (*sodium*) in your diet. Sometimes eating less salt can reduce swelling.
* Take over-the-counter and prescription medicines only as told by your health care provider. Your health care provider may prescribe medicine to help your body get rid of excess water (*diuretic*).
* Keep all follow-up visits as told by your health care provider. This is important.

## SEEK MEDICAL CARE IF:

* You have a fever.
* Your edema starts suddenly or is getting worse, especially if you are pregnant or have a medical condition.
* You have swelling in only one leg.
* You have increased swelling and pain in your legs.

## SEEK IMMEDIATE MEDICAL CARE IF:

* You develop shortness of breath, especially when you are lying down.
* You have pain in your chest or abdomen.
* You feel weak.
* You faint.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 11/28/2016 Document Reviewed: 06/29/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

exhibit
18

**Name:** JOHNSON, FRANK LEE

**CDCR:** J75672

## INMATE HEAT PASS

Patient is currently prescribed heat medications until 07/21/18.

Must return to his/her housing unit from outside areas at the time that the institution's heat plan is activated.

The holder of this pass will be allowed into his/her housing unit once the institution's heat plan is activated.

**CUSTODY:**

Pass should be verified against the daily Heat Log. If not on Heat List, check with Pharmacy. Confiscate card if directed by Pharmacy.

NOTE: ANY INMATE WITH SYMPTOMS SHOULD BE TRIAGED

1. Take your prescribed medications unless told not to by the doctor.
2. Don't take aspirin, Tylenol, Motrin, Excedrin or Bufferin.
3. Drink more liquids (water, juice).
4. Don't drink coffee, tea, or colas.
5. Don't do hard exercises.
6. Stay out of the sun.
7. Shower or wash from sink often.
8. Stay in contact with others.
9. If you are in the sun, wear loose, lightweight clothing and protect your head.
10. Stay away from areas with poor airflow.

Exhibit 19

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Assignment Notice**

**Date:**   June 30, 2024

**To:**   JOHNSON, FRANK (J75672)
# D 305A1116001LP
California Health Care Facility
P.O. Box 213040
Stockton, CA 95213

**Tracking #:**   CHCF HC 24001390

**Due Date:**   8/27/2024

The Health Care Grievance Office has accepted your health care grievance for response.  If you need additional information regarding your health care grievance, contact the health care grievance coordinator at your institution.

California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance.  The 14-calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance." Health care grievances submitted in excess of these limitations may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1).

If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

*J. Cortes*

Health Care Grievance Office Representative
California Health Care Facility

Exhibit 20.

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** JOHNSON, FRANK L.                    **CDC#:** J75672

**Date:** 07/05/2024

**Current Location:** CHCF-Facility D                    **Current Area/Bed:** D 305A1116001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000587914

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 07/05/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 09/04/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

exhibit 21



CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** JOHNSON, FRANK L.                    **CDC#:** J75672

**Date:** 07/05/2024

**Current Location:** CHCF-Facility D                    **Current Area/Bed:** D 305A1116001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000587918

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 07/05/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 09/04/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT



Exhibit 22.



CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** JOHNSON, FRANK L.                     **CDC#:** J75672

**Date:** 07/15/2024

**Current Location:** CHCF-Facility D                   **Current Area/Bed:** D 305A1116001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000593073

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 07/15/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 09/14/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

ehib.f 23

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



**Institutional Level Assignment Notice**

**Date:**   JUL 1 7 2024

**To:**   JOHNSON, FRANK (J75672)
#D  305A1116001LP
California Health Care Facility
P.O. Box 213040
Stockton, CA 95213

**Tracking #:**   CHCF HC 24001486

**Due Date:**   9/10/2024

The Health Care Grievance Office has accepted your health care grievance for response.  If you need additional information regarding your health care grievance, contact the health care grievance coordinator at your institution.

California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance.  The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance." Health care grievances submitted in excess of these limitations may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1).

If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

*W Houchins*

Health Care Grievance Office Representative
California Health Care Facility

EXhibit 24.

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** JOHNSON, FRANK L.                    **CDC#:** J75672

**Date:** 07/22/2024

**Current Location:** CHCF-Facility D                    **Current Area/Bed:** D 305A1116001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000596942

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 07/22/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 09/21/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

EXhibt 25.

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## OOA ACKNOWLEDGMENT RECEIPT

**Offender Name:** JOHNSON, FRANK L.

**Date:** 07/26/2024

**CDC#:** J75672

**Current Location:** CHCF-Facility D

**Current Area/Bed:** D 305A1122001L

**From:** Office of Appeals

**Re:** Log # 000000564740

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 07/26/2024. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 09/25/2024.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.

CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT

Exhibit 26.



RNIA DEPARTMENT *of*
ections and Rehabilitation

# OOA ACKNOWLEDGMENT RECEIPT

**ffender Name:** JOHNSON, FRANK L.                    **Date:** 07/26/2024

**CDC#:** J75672

**Current Location:** CHCF-Facility D

**Current Area/Bed:** D 305A1122001L

**From:** Office of Appeals

**Re:** Log # 000000567141

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 07/26/2024. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 09/25/2024.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.

CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT

EXhibit 27.

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



### Institutional Level Assignment Notice

**Date:** JUL 3 0 2024

**To:**   JOHNSON, FRANK (J75672)
# D  305A1116001LP
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

**Tracking #:**   CHCF HC 24001573

**Due Date:**   9/18/2024

The Health Care Grievance Office has accepted your health care grievance for response.  If you need additional information regarding your health care grievance, contact the health care grievance coordinator at your institution.

California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance.  The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."  Health care grievances submitted in excess of these limitations may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1).

If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

*W Houchins*

Health Care Grievance Office Representative
California Health Care Facility

Exhibit 28.

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** JOHNSON, FRANK L.                    **CDC#:** J75672

**Date:** 08/05/2024

**Current Location:** CHCF-Facility D                    **Current Area/Bed:** D 305A1122001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000604170

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 08/05/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 10/05/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

exhibit 29.



**Executive Director:**
Margot Mendelson

**Attorneys:**
Rana Anabtawi
Patrick Booth
Tess Borden
Steven Fama
Mackenzie Halter
Alison Hardy
Sophie Hart
Marissa Hatton
Jacob Hutt
A.D. Lewis
Rita Lomio
Donald Specter
Jerrod Thompson

# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

## LEGAL MAIL - CONFIDENTIAL

May 9, 2024

Frank Johnson, J75672
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Johnson:

As you know, we wrote to prison medical officials on March 28, 2024 under procedures set forth in the Plata case to ask about the ECHO TTE (Transthoracic Echocardiogram) and request an updated plan for your condition. In response, we received a memo from those officials dated April 29, 2024. A copy of what we received is enclosed.

According to the memo, the timing of the ECHO TTE was appropriate and there was no need to expedite it. It also states that you were moved to the CTC and will have regular visits with your PCP and follow-ups with specialists as needed.

If you have specific information or documents showing that the information told to us by prison medical officials is not correct, please contact us. Unless there is such information, we cannot take further action regarding your particular medical care concern at this time, and we may not be able to take further action in any event, depending on the nature of your medical concern.

We advise you to submit a Form 7362 "sick call" request if you continue to have symptoms or if your symptoms get worse. Tell any staff member at any time if you have an emergency or urgent medical problem. If your concern is not resolved by medical staff, you should file and pursue a medical grievance (602-HC) unless you have already received a Headquarters Response to such an appeal. You can send this office any newly exhausted medical appeal (602-HC with Headquarters Response).

Take good care Mr. Johnson.

Sincerely,

Dewi Zarni
Litigation Assistant under Steven Fama

Enclosures:   4/29/24 CCHCS Response

**Board of Directors**
Jason Bell • Vanita Gaonkar • Nick Gregoratos • Christianne Hipps
Jean Lu • Claire McDonnell • Seth Morris • Vishal Shah • Adrienne Yandell

Exhibit 29-A



 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

Date : April 29, 2024

To : Steven Fama, Prison Law Office

Subject : **PRISON LAW OFFICE REQUEST FOR REVIEW OF PATIENT FRANK JOHNSON, J75672**

Pursuant to the Stipulation for Injunctive Relief agreed to *in re Plata v. Newsom*, the Chief Medical Executive at California State Prison, Los Angeles County (LAC) provided the following information in response to the questions submitted on March 28, 2024, by Steven Fama of the Prison Law Office.

Given the documented "trouble breathing" and the "possible suspected heart failure" should Mr. Johnson's ordered ECHO TTE (Transthoracic Echocardiogram) be upgraded to high priority or otherwise promptly scheduled? If no, please explain. If yes, please describe, and, regardless, when did or when will Mr. Johnson have the ECHO TTE (Transthoracic Echocardiogram) and what is the updated assessment and plan for his condition?

*Mr. Johnson has advanced chronic obstructive pulmonary disease with recurrent acute exacerbations, post-inflammatory fibrosis of the lung due to COVID, and bronchiectasis. His respiratory symptoms are well explained by his underlying lung conditions. Mr. Johnson's electrocardiograms on April 4, 2023, and January 27, 2024, reported unremarkable. An ECHO TTE was recommended by the primary care provider (PCP) on March 20, 2024, and Mr. Johnson was seen on April 10, 2024. The timing of this study was appropriate as there was no urgency/emergency that would call for the need to expedite it. Mr. Johnson has been moved to the Correctional Treatment Center and will have regular visits with the PCP and follow-ups with specialists, as needed.*

Thank you for your assistance in this matter.

cc: CCHCS Office of Legal Affairs
Office of Legal Affairs, CDCR
Office of the Attorney General
DeAnna Gouldy, Deputy Director, Policy and Risk Management Services, CCHCS
Robin Hart, Associate Director, Risk Management Branch, CCHCS
Regional Executives, Region III, CCHCS
Chief Medical Executive, LAC

---

Exhibit 29-B

Routine - Within 90 Calendar Days

e | Trilogy non-invasive ventilator as  mode AVAPS ventilator,
Setting: rate of change 3 cm of water per minute, TV target 6-8 ml/Kg, max pressure 30 cm, minimum pressure support 4 cm, max EPAP 15 cm, at-

EPAP 3
IPAP 7

Exhibit
29-C

to back up, rise time 2ms, trigger type auto track.

*Exhibit 29-D*



**PHILIPS**

**RESPIRONICS**

Clinical & Caregiver
Manual Addendum

English

# Trilogy Evo, Trilogy Evo O2, Trilogy Evo Universal, & Trilogy EV300

This addendum applies to the Trilogy Evo platform and the Clinical and Caregiver manuals. The following sections are supplemental to those manuals.

## Particulate Filter

The use of the particulate filter is required to protect the device from dirt and dust. Replace at least monthly and between patients.

**Note:** *The filter is printed with the manufacturing date (FAB [MM/YYYY]); the filter should be used within 5 years of that date.*



Particulate
Filter

### Low-Priority System Alarms: Inlet Filter(s) Blocked

| Why it occurs | The inlet filter(s) becomes blocked and delivered therapy is reduced. |
|---|---|
| What to do | • Is the air inlet(s) blocked?<br>• Remove, rinse, and reinstall the air-inlet foam filter. Discard and replace the particulate filter. Refer to the instructions in your device manual. |
| Device performance | The device continues to function. |



Air-Inlet
Foam Filter

*Handwritten notes:*
SN H311860 821151
Ref # DS 2110X(DB
Filter SN- 1127990 - (Rev.03)PN) (NIOSH 3M 2071) P2 5L-BR

MA

Respironics Inc.
1001 Murry Ridge Lane
rrysville, PA 15668 USA

Respironics Deutschland GmbH & Co. KG
Gewerbestrasse 17
EC REP 82211 Herrsching, Germany

CE
0123

REF 1155274
1155274 R01
KPG 2023-04-13

*Exhibit 29-E.*

of your already Aware
1824's on this Issue.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

ur Sent

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Johnson, Frank | CDCR NUMBER J75672 | HOUSING D5A -#122 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 9·6·24 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  MY CPAP Machine Is Faulty.
I get SHort of breath laying on MY back,
and a times stop breathing.
So I sleep in my wheelchair, ive been doing it, since 2017. However a tailbone Is hurting bad, I have to chose my

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM  pain, discomfort. Im sleeping in my bed

EXhibit 30

urgent

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME
Johnson, Frank

CDCR NUMBER
J75672

HOUSING
DSA-#122

PATIENT SIGNATURE

DATE
8.16.24

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  I'm Diagnosed with Advanced COPD with recurred acute exacerbations, post-inflammatory fibrosis of the lung Due to Covid-19, And brunchiectasis. My respiratory systems are all explained by my underlying lung conditions further bilateral venous insufficiency leg edema. CP Argawal refuses to acknowledge this and continue to change manipulate and use treatment plans without my knowledge Lasix is being withheld.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    12th Appeal

Exhibit 30-A

2

urgent

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Your (CHCF) is aware of this!

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME
Johnson, Frank

CDCR NUMBER
J76672

HOUSING
D5A - #122

PATIENT SIGNATURE

DATE
8.6.24

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I've made true allegations against PCP Agarwal, which is effecting my Faith in my ability to trust his medical skill, and it effecting my state of mind. Dr. Gillstrom mental health was excepted by me to sit in my appointment. She didn't make it, until then allow me to speak to another PCP that is also

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM. Able to understand where a coming.

exhibit 31.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

URGent

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Mr. Johnson, F.L.

CDCR NUMBER: J75672

HOUSING: D5A- #116

PATIENT SIGNATURE

DATE: 7.20.24

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) This is my 4th 7362. You PCP Arsawal have manipulated medications and DME's given with scientific data: Advance stages of COPD, Bilateral venous insufficiency leg edema, chronic pain, scarred lungs with Nodules, loss of breath, short of breath, chronic cough, Anemic from low hemoglobin count, cardio, neural, vascular, respiratory, illness. Established by medical scientific Data. Mathews & Archie are dead due to your methods. I did not come to be approve my diagnosis, it's done.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM. You keep me in a non-ADA cell. I am having pains to sufferings, ailments by your strong treatments

Exhibit 32

URGENT

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:        MEDICAL ☑        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME Johnson Frank | CDCR NUMBER Johnson J75672 | HOUSING D5A #116 |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *There is a misunderstanding of my presence here. Without any scientific data explaining why good cause do not find I regard as treating nurses Physician of C do not the a known exam in ... lungs, b/o lateral ... veins, insuff ... leg edema, loss of breath, short of breath, chronic chest wall pain, ... back and back ... and ... the taking of home ... should such oxygen.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *I insist all re treatment endgs and the ... of specialist, CF Diagnoses be rewritten with all.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Exhibit 33.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*Urgent*

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mr. Frank Johnson | J73672 | D5A-41416 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 7/20/24 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) This 7362 Marks MY 5th, in your manipulation into my Medincine and hindering the use of my DME's. Everyday I try to go to the patio, take coffee cans or even speak to others. To show your Diaynose are not based on Medical proven science data. But by R.N, L.V.N, & C.N.A, custody obsersvation. I'm Mathews & Riche are dead because you ignore Medical facts. (opinion) You are contradictive diagnoses so do your substitute. Just willing

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM
ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM To Take a lie detector test All I say is true under penalty of purjery.

*Exhibit 34*

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                 Page 2 of 2

*WHY IS It a problem with my Nitroglycerin with this Physician, I know ya'll trying to Kill me*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:         MEDICAL ☑        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME  Johnson, Frank | CDCR NUMBER  J75672 | HOUSING  DSA- #116 |
|---|---|---|
| PATIENT SIGNATURE | | DATE  7-22-24 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*I was once again trying to manipulate the Yard door and caught my fingers in the door this time. But the pain's are getting worse In swelling more, and my lungs consistently filling sick both three medications have*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *been manipulated without my knowledge.*

*exhibit 35.*

# California Department of Corrections and Rehabilitation
## Correctional Treatment Center
### Patient's Rights: Title 22, Section §79799

(a)  As a patient admitted to this Correctional Treatment center, you will be afforded the following rights and be notified of the Correctional Treatment Centers' obligations.

1.  To be fully informed, prior to or at the time of admission and during his or her stay, of all the rules and regulations governing inmate-patient conduct.

2.  To be fully informed, prior to, or at the time of admission and during his or her stay, of services available in the Correctional Treatment Center.

3.  To be fully informed by a physician of his or her medical condition and to be afforded the opportunity to discuss medical treatment.

4.  To give informed consent or to refuse any treatment or procedure or participation in experimental research.

5.  To be informed of and provided access to grievance forms and procedures.

6.  To be free from mental and physical abuse.

7.  To be free of chemical and (except in emergencies) clinical and treatment restraints except when necessary to protect the patient from injury to himself or to others.

8.  To be assured confidential treatment of personal and medical records and to approve or refuse their release to any individual outside the Correctional Treatment Center, except in the case of transfer to another health care facility, or as required by law or third party payment contract.

9.  To be treated with consideration, respect and full recognition of dignity and individuality, including privacy in treatment and in care of personal needs, when not in conflict with security and custodial policies.

10.  To refuse convulsive treatment including, but not limited to, any electroconvulsive treatment, any treatment of a mental condition that depends on the induction of a convulsion by any means, and insulin coma treatment.

11.  To refuse psychosurgery as defined in Section 5325 of the Welfare and Institutions Code.

12.  To review his or her medical or psychiatric record upon request and consistent with statutory and case law.

(b)  An inmate-patient's rights, as set forth above, may be denied or limited only for good cause which shall be evidenced by the written order of the attending physician or other person lawfully authorized to prescribe care and may only be denied or limited if such denial or limitation is required by the reasonable application of security procedures or is otherwise authorized by law or regulation. Reasons for denial or limitations of such rights shall be documented by the attending physician in the inmate-patient's health record.

(c)  If the patient lacks the ability to understand these rights and the nature and consequences of proposed treatment, the patient's representative shall have the rights specified in this Section to the extent the right may devolve to another, unless the representative's authority is otherwise limited. The patient's incapacity shall be determined by a court in accordance with state law or by the patient's physician unless the physician's determination is disputed by the patient's representative.

(d)  These rights, written in English and Spanish, shall be prominently posted.

(e)  Sections 663.1, 663.2 and 665.5 of Title 9 of the California code of Regulations pertaining to the assignment and duties of patients' advocate(s), good cause for denial of rights, and rescission of rights shall apply to every correctional treatment center, including the appointment of a patients' advocate for a Correctional Treatment Center. These provisions are hereby incorporated by reference.

Authority cited: Section 208(a) and 1267.10(a), Health and Safety Code.
Reference: Section 1250(l) and 1254, Health and Safety code; and Section 5325, Welfare and Institutions Code

_Johnson, Frank L._                6-1-24
CDCR# J75672

Patient's Signature / CDCR Number                          Date

Witness Signature                                          Date

| | | |
|---|---|---|
| NAME: Johnson, Frank L. | | |
| CDC # J75672 | | |
| DOB: 04.28.1971 | | |
| Institution Name: CHCF-DSA 116 | | |

Rev. (04/13)

Legal log sheet will be placed in the locked legal bags with the legal Mail. Accepting Correctional Officer will sign the letters on the seal. At no time will outgoing Legal Mail be placed in the bag without being logged in.

C/O SIGNATURE & DATE: _____ 6/18/2024

LEGAL MAIL CLERK & DATE: _____

Please circle proper facility:    3RD WATCH

A    B    C    (D)    E         ADSEG

| DATE | INMATE NAME | CDC # | LEGAL/CONFIDENTIAL OUTGOING TO: | ADDRESS OUTGOING MAIL BEING SENT TO: | INMATE SIGNATURE & DATE |
|------|-------------|-------|-------------------------------|-------------------------------------|-------------------------|
| 6/18/24 | Johnson | J75672 | Donald Specter | Prison Law Office Donald Specter- Attorney at Law & Director General Delivery San Quentin, CA 94964-0001) | X Zim |
| | | | | | |
| 6/18/24 | Johnson | J75672 | Ombudsman Juanita-Hernendez | 1515 5th St, Sacramento, CA 95811 | X Zim |
| | | | | | |

RECORD MONEY ORDER 401'S BELOW – THE ENVELOPE MONEY ORDER ARRIVED IN MUST ACCOMPANY MONEY ORDER AND PAPERWORK (CDC FORM 401)

| INMATE NAME | CDCR# | DORM/HOUSING | AMOUNT $ | MONEY ORDER # | SENDER'S RTN ADDRESS |
|-------------|-------|--------------|----------|---------------|----------------------|
| | | | | | |
| | | | | | |
| | | | | | |

exhibit 37.

Legal log sheet will be placed in the locked legal bags with the legal Mail. Accepting Correctional Officer will sign the letters on the seal. At no time will outgoing Legal Mail be placed in the bag without being logged in.

C/O SIGNATURE & DATE: _____ 6/23/24

LEGAL MAIL CLERK & DATE: _____

Please circle proper facility:    3RD WATCH

A    B    C    (D)    E        ADSEG

| DATE | INMATE NAME | CDC # | LEGAL/CONFIDENTIAL OUTGOING TO: | ADDRESS OUTGOING MAIL BEING SENT TO: | INMATE SIGNATURE & DATE |
|---|---|---|---|---|---|
| 6-23-24 | Johnson, F. | J75672 | Prison law office san quentin | CA 94964-0001 | 6-23-24 |
| 6-23-24 | Johnson, F. | J75672 | Prison law office a casa deliver san quentin | CA 94964-0001 | 6-23-24 |
| 6-23-24 | Johnson, F. | J75672 | Prison law office a casa deliver san quentin | CA 94964-0001 | 6-23-24 |
| 6-23-24 | Johnson, F. | J75672 | R Bee Michael W. Bien P.O. Box 390 | San Francisco, CA 94104-390 | 6-23-24 |
| | | | | | |
| | | | | | |
| | | | | | |

RECORD MONEY ORDER 401'S BELOW – THE ENVELOPE MONEY ORDER ARRIVED IN MUST ACCOMPANY MONEY ORDER AND PAPERWORK (CDC FORM 401)

| INMATE NAME | CDCR# | DORM/HOUSING | AMOUNT $ | MONEY ORDER # | SENDER'S RTN ADDRESS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

exhibit 38.

Legal log sheet will be placed in the locked legal bags with the legal Mail. Accepting Correctional Officer will sign the letters on the seal. At no time will outgoing Legal Mail be placed in the bag without being logged in.

C/O SIGNATURE & DATE: _____

LEGAL MAIL CLERK & DATE: _____

Please circle proper facility:

A   B   C   (D)   E    3RD WATCH    ADSEG

| INMATE NAME | CDC # | LEGAL/CONFIDENTIAL OUTGOING TO: | ADDRESS OUTGOING MAIL BEING SENT TO: | INMATE SIGNATURE & DATE |
|---|---|---|---|---|
| Johnson Frank | J-75672 | PLO | Prison Law Office Gen. Berkey CA PO Box-340 San Quentin CA 94964-0390 | 6/30/24 |
| Johnson Frank | J75672 | RBGC | | 6/30/24 |

RECORD MONEY ORDER 401'S BELOW – THE ENVELOPE MONEY ORDER ARRIVED IN AND PAPERWORK (CDC FORM 401)

MUST ACCOMPANY MONEY ORDER

| INMATE NAME | CDCR# | DORM/HOUSING | AMOUNT $ | MONEY ORDER # | SENDER'S RTN ADDRESS |
|---|---|---|---|---|---|

Exhibit 39

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

## OFFICE OF THE OMBUDSMAN

1515 S Street, Sacramento, CA  95811
P.O. Box 942883
Sacramento, CA 94283-0001

June 26, 2024

Frank Johnson, J75672
CHCF, D 305A1-116001L
P.O. Box 213040
Stockton, CA 95213

Subject:   **RECEIPT OF CORRESPONDENCE, (CASE NUMBER 103101)**

The Office of the Ombudsman (Office) has received your correspondence postmarked
June 20, 2024.  Due to the high volume of written inquiries received, this Office cannot intervene
in all individual cases.  However; a critical role of this Office is that of a liaison between institutions
and Headquarters, and as a policy advisor for the Administration.  As such, you are assured that
your correspondence is reviewed to identify and monitor any systemic issues.

After a thorough review of your correspondence and all appropriate policies and procedures
relevant to your concerns, our Office has determined that you are currently using the appropriate
avenue to resolve your issue and/or allegation of health care staff misconduct.  Your health care
grievance log number 241001390 regarding your PCP disagreement is currently under
investigation by the Institution's Health Care Grievance Office.  If you are dissatisfied with the
institutional level health care grievance disposition, you may appeal the disposition as outlined
in CCR, Title 15 § 3999.229.  Unfortunately, our Office cannot circumvent this process.

**NOTE**: this Office does not process grievances or appeals and contacting this Office does not
extend your timeframe for filing.

Thank you for contacting the Office of the Ombudsman.

B. Unden, Ombudsman
Office of the Ombudsman



STATE OF CALIFORNIA
GA-22 (9/92)                                    DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE 7.22.24 | TO CC-1 ADA | FROM (LAST NAME) Johnson, Frank | CDC NUMBER J75622 |

| HOUSING D5A | BED NUMBER 116 | WORK ASSIGNMENT | JOB NUMBER FROM /TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | N/A | ASSIGNMENT HOURS FROM N/A TO |

## Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to speak to the ADA CC-1.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY  Z. Lee Zylee ADA CO                    DATE 7-26-24

DISPOSITION
Inmate Johnson I'll come and speak to you today. Thanks.

Exhibit. 41

DSA-122

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE 7-18-24 | TO Medical Records | FROM (LAST NAME) Johnson, Frank | CDCR NUMBER J-75672 |
|---|---|---|---|

| HOUSING D5A | BED NUMBER 116 | WORK ASSIGNMENT | | JOB NUMBER FROM / TO |
|---|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | N/A | ASSIGNMENT HOURS FROM N/A TO |
|---|---|---|

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I AM Requesting: Humanitarian
Release Form and AuthorizATion
For release of INFormation FORM

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

POSITION