UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK JOHNSON,
        Plaintiff,

v.

SANJAY AGARWAL, et al.,
        Defendants.

Case No. 24-cv-04437-WHO (PR)

**ORDER OF TRANSFER**

The events giving rise to the claims raised in this 42 U.S.C. § 1983 action occurred at the California Health Care Facility in Stockton, which lies in the Eastern District. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 15, 2024



WILLIAM H. ORRICK
United States District Judge