1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    FRANK LEE JOHNSON,                          No.  2:24-cv-2891 AC P

11              Plaintiff,

12        v.                                      ORDER

13    SANJAY AGARWAL, et al.,

14              Defendants.

15

16        Plaintiff filed a request for copies, asking the court for access to the copy machines at

17    California Health Care Facility ("CHCF").  ECF No. 31.  It appears plaintiff is seeking

18    authorization to make copies of the following: (1) motion/request for emergency transfer; (2)

19    motion/request to unamend first complaint filed and combine exhibits with his first amended

20    complaint ("FAC"); (3) response to an ADA complaint; (4) a request to add his primary care

21    physician, Chauhdri, as a defendant for inadequate medical care, and Payopay's for failure to

22    retrieve his stolen breathing apparatus, and to request specific medical equipment; and (5) a

23    request for compassionate release.  Id. at 2-3.  Because plaintiff has not done anything to show he

24    has requested and has been denied the ability to make copies, his request will be denied.

25        To the extent plaintiff seeks to amend the operative complaint in his case, he will be

26    provided thirty days from the service of this order to do so.  Before filing an amended complaint,

27    plaintiff should carefully read the following legal standards regarding joinder of claims and

28    parties and amending complaints.

                                          1

1    A plaintiff may properly assert multiple claims against a single defendant in a civil action.

2    Fed. Rule Civ. P. 18.  In addition, a plaintiff may join multiple defendants in one action where

3    "any right to relief is asserted against them jointly, severally, or in the alternative with respect to

4    or arising out of the same transaction, occurrence, or series of transactions and occurrences" and

5    "any question of law or fact common to all defendants will arise in the action." Fed. R. Civ. P.

6    20(a)(2).  **However, unrelated claims against different defendants must be pursued in**

7    **separate lawsuits.**  See George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007).  This rule is

8    intended "not only to prevent the sort of morass [a multiple claim, multiple defendant] suit

9    produce[s], but also to ensure that prisoners pay the required filing fees—for the Prison Litigation

10    Reform Act limits to 3 the number of frivolous suits or appeals that any prisoner may file without

11    prepayment of the required fees.  28 U.S.C. § 1915(g)."  Id.

12    **The court cannot refer to a prior pleading (complaint) in order to make plaintiff's**

13    **amended complaint complete.**  See Local Rule 220.  This is because, as a general rule, an

14    amended complaint replaces the prior complaint.  Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967)

15    (citations omitted), overruled in part by Lacey v. Maricopa County, 693 F.3d 896, 928 (9th Cir.

16    2012).  Therefore, in an amended complaint, every claim and every defendant must be included in

17    one complaint; not filed piecemeal.  **Additionally, plaintiff is advised that an amended**

18    **complaint shall not exceed 25 pages and that he is discouraged from attaching exhibits.**

19    Rather than attach exhibits, plaintiff should focus on simply stating what each person did or did

20    not do to violate his rights.

21    Lastly, if plaintiff does not file an amended complaint within thirty days of service of this

22    order, the court will assume plaintiff does not wish to amend his operative complaint, currently

23    the second amended complaint filed March 7, 2025, and proceed to screen that complaint in due

24    course.

25    Accordingly, IT IS HEREBY ORDERED that:

26    1.    Plaintiff's request for copies (ECF No. 31) is denied.

27    2.    Within thirty days from the date of service of this order, plaintiff may file an

28    amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules

1  of Civil Procedure, and the Local Rules of Practice.  The amended complaint must bear the

2  docket number assigned this case and must be labeled "Third Amended Complaint."  The Third

3  Amended Complaint shall not exceed twenty-five pages. Any claims not in the Third Amended

4  Complaint will not be considered.

5       3.    If plaintiff fails to file an amended complaint, the court will proceed to screen the

6  Second Amended Complaint, ECF No. 29, filed March 7, 2025.

7  DATED: May 15, 2025

8  _____
   ALLISON CLAIRE
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3