UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SANJAY AGARWAL, et al.,<br><br>  Defendants. | No. 2:24-cv-2891 DJC AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 36. Plaintiff filed a response to the findings and recommendations, explaining why the SAC did not include allegations against defendant Agarwal and how Plaintiff would like to proceed. ECF No. 41. The response does not state any objections to the court's June 17, 2025, findings and recommendations, although the Court has considered the information in the response.

The Court has reviewed the file and finds the findings and recommendations to

be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 36) are adopted in full;

    2.  Plaintiff's motion to for preliminary injunction (ECF No. 33) is denied;

    3.  Plaintiff's motion to enforce medical treatment (ECF No. 35) is construed as a motion for a preliminary injunction and denied; and

    4.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

    IT IS SO ORDERED.

Dated:  **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

john2891.800.jo

2