UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FRANK LEE JOHNSON, | No. 2:24-cv-2891 DJC AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SANJAY AGARWAL, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to due to a recent ten-day hospital stay. ECF No. 46. However, he does not specify what deadline he seeks to extend. Id. Because plaintiff mailed the motion for an extension of time on the date objections to the magistrate judge's July 7, 2025, findings and recommendations were due and a week before the third amended complaint ("TAC") was due, the court will construe plaintiff's motion as a motion to extend both deadlines. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

2. Plaintiff is granted twenty-one days from the date of this order in which to file objections to the magistrate judge's July 7, 2025, findings and recommendations, and to file a TAC.

DATED: August 19, 2025

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE