UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE JOHNSON,<br><br>   Plaintiff,<br><br>  v.<br><br>SANJAY AGARWAL, et al.,<br><br>   Defendants. | No. 2:24-cv-2891 DJC AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On July 7, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 42.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 52.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 42) are adopted in full;

2. Plaintiff's motion to transfer for medical care (ECF No. 40) is construed as a third motion for preliminary injunction and is DENIED; and

3. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **October 31, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

john2891.804.jo

2