UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK LEE JOHNSON,

Plaintiff,

v.

SANJAY AGARWAL, et al.,

Defendants.

No. 2:24-cv-2891 DJC AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 66. Plaintiff has filed "Objections to Magistrate Judge Findings and Recommendations" on June 3, 2026 (ECF No. 70), which has been considered by the undersigned.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 66) are adopted in full.

2. Plaintiff's retaliation and state law negligence claims against all the named defendants, as well as his Eighth Amendment claims against defendants Bassie, Adams, Petersen, Uden, Williams, and "RN 2 Lawerence," are dismissed without leave to amend.

3. Plaintiff's motions for preliminary injunction (ECF Nos. 63, 65) are DENIED.

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

John2891.800