UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE JOHNSON,<br>Plaintiff,<br>v.<br>AGARWAL, et al.,<br>Defendants. | No. 2:24-cv-2891 DJC AC P<br><br><u>ORDER AND ORDER LIFTING ADR STAY</u> |

Plaintiff is a state prisoner with a civil rights complaint under 42 U.S.C. § 1983. The third amended complaint ("TAC") states claims for relief under the Eighth Amendment against defendants Agarwal, Navanhushana, Farhat, Nureshi, Payopay, Policarpio, Capuras, Weihog, Diez and Martinez for deliberate indifference to his serious medical needs.

On August 11, 2026, the court referred the matter to the court's post-screening Alternative Dispute Resolution ("ADR") program. ECF No. 79. On September 25, 2026, defendants filed a motion to opt out of the post-screening ADR project. ECF No. 82.

After reviewing the motion, the court finds good cause to grant defendants' motion. Additionally, if a party has not yet filed a Magistrate Judge Consent/Decline form, the parties shall complete and return the form within thirty days from the date of this order.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 82) is GRANTED and the ADR stay of this action (ECF No. 79) is LIFTED. This order does not preclude the parties from continuing settlement discussions or jointly requesting a future settlement conference.

2. By separate order, the court will set a schedule for this case.

3. The Clerk of the Court is directed to send the parties the Consent/Decline of U.S. Magistrate Judge Jurisdiction form, accompanied by the Chief Judge's letter concerning Magistrate Judge Consent in Civil Cases.

4. If any party has not yet filed a Magistrate Judge Consent/Decline form, the parties shall complete and return the Magistrate Judge Consent/Decline form within thirty days from the date of this order.

DATED: September 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE